UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Gregory Galbeath*

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

*City of New York,
Captain Washington,
Psycologes Ms. Green,
Psycologest Hurnst,
J. Soto Transpotating C.O.
John Doe - Jane Doe
The Tow Trasportation officers*

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2014

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☐ Yes ☑ No
(check one)

14 Civ. V0691 ( )
K.P.F

RECEIVED
NOV 04 2014
KATHERINE POLK FAILLA
U.S. DISTRICT JUDGE
S.D.N.Y.

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name *Gregory Galbeath*
ID# *703A0061*
Current Institution *Great meadow C.F.*
Address *Correctional Facility
11739 State Route
P.O. Box 51 Comstock N.Y. 12821-0051*

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name *Captain Washington* Shield # _____
Where Currently Employed *C 74 Anna Cross*
Address *Detention Center*

Defendant No. 2   Name Mr. Hunst Psycologest   Shield #_____
Where Currently Employed G-3 GMPC
Address 15-15 Hazan St
Queens N.Y. 11370

Defendant No. 3   Name John Doe   Shield #_____
Where Currently Employed C 74 Anna Cross
Address Detention Center East
Elm Hurst Queens N.Y.

**Who did what?**

Defendant No. 4   Name Jane Doe   Shield #_____
Where Currently Employed C 74 Anna Cross
Address Detention Center East
Elm Hurst Queens N.Y.

Defendant No. 5   Name John Doe John Doe   Shield #_____
Where Currently Employed Trospatation
Address Officer Trasporting me
to down State front Rickes
Island  Officer Soto passinger

II. **Statement of Claim:** City of New York law Department

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
C-74 Anna Cross, Psycologest
Defedant 6. Ms. Green Down State
correctunal facility

B. Where in the institution did the events giving rise to your claim(s) occur?
Housing Unit

C. What date and approximate time did the events giving rise to your claim(s) occur?
April 8-9-2011 around 2:30 300
Soto Defendent #7. Trasportation officer

D. Facts: On April 8-9 I arrived at Annie
Cross Detention center General population
2 South Housing Unit

**What happened to you?**

Rev. 01/2010                                    2

#2 After being moved to 2 South B or A Side

#3 I ask to see Mental Health but was Ignored by morning shift officers

#4 I waited to shift changed I ask the Officer as he and Captain Washington pass my cell. I ask to talk to the Captain. I was Ignored by the Evening shift B. Officer, After an Attemp Suicide to hang up

#5 the officer came to cell ask what was going on. I explain I need Mental Health. He then said, their fucking crazy I do what I want and I told you I could call but it take how a long time to call

*Was anyone else involved?*

*Who else saw what happened?*

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I was Injered On Both of Copes Fingers, Back Emotional Injury That cause me to be in and out of OBS. I was tortured at Clinton theater like Saturday.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know _✓_

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _✓_   No ____   Do Not Know ____

   If YES, which claim(s)?

   _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No _✓_

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No _✓_

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?   N/A

   1. Which claim(s) in this complaint did you grieve?   N/A

   2. What was the result, if any?   N/A

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

   Mental Ill During

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:
   that time Seek mental Health care

*Rev. 01/2010*

4

*Ship Back upstate April 2014 Informed Down State Mental Health MS Grce*

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

*The Mental Health Department Down State MS Green the Medical Nurse at Clinton C.F. Doctor Becall Mental Health Doctor*

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*Down State Metully I was not Stable I was Admitted in to OBS Upon going Back to Clinton Mental Health Upstate*

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *See attached Sheet 0 3.,*

_____
_____
_____
_____

**VI.    Previous lawsuits:**

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.   Parties to the previous lawsuit:

   Plaintiff _____
   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3.   Docket or Index number _____
   4.   Name of Judge assigned to your case_____
   5.   Approximate date of filing lawsuit _____
   6.   Is the case still pending?  Yes _____ No _____
        If NO, give the approximate date of disposition_____
   7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
        _____
        _____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes ✓   No ✗

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.   Parties to the previous lawsuit:
   Plaintiff  Gregory Dalhuth
   Defendants  Creek meadow c.f.

   2.   Court (if federal court, name the district; if state court, name the county) Syracuse

   3.   Docket or Index number  11-CV-1083
   4.   Name of Judge assigned to your case  Judge Peebles
   5.   Approximate date of filing lawsuit  Sept 13 2011

6. Is the case still pending? Yes ___ No ✓   Jan Feb 22,
   If NO, give the approximate date of disposition

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) Jury Trial Defendants Found Not Guilty Trial Unfair Racist Jury...

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 29 day of Oct, 20 2014

Signature of Plaintiff: Gregory Talbutt
Inmate Number: 03A0604
Institution Address: Greatmedow CF
1639 Exchange St
Box 149 Attica N.Y.
14011-0149

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 29 day of Oct, 2014 I am delivering this complaint to prison authorities to be mailed to the Pro Se Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Gregory Talbutt

I am Seeking Mental Health and Physical Care Ongoing mental and Physical problems No Mental Health Care, &c.

Rev. 01/2010

7

2.

#1 I was Told By B. Officer to Stepp out of cell, I was then told to Put my Hands in a locked finger position I complied...

#2 I was then Told By the B. Officer to Kneel on my Knees He then Started Stomping Both my Leggs... And Told

#3 me I do things when I want this my fuckin House...

#4 I was then told to get up off the Floor lock fingers on top of Head He then Squeezed my fingers together, as he Walk me down the Hallway to the front door...

#5 I was then told to wait out in Sally Port... He Would call the Captain, But he never called I Begain to Kicle the front door to the out Side Hallway he then called an escort

#6. I was then Taken to Facility Clinic Forst Jane do threaten to attack me along with John Doe... If I Kicke the door again... I was Sitting on the Floor And B. Officer Alex called an escort

3.

#7. Finally He Calle Hours Latter... the Escort came...

I then met Captain Washington in Hall way I Explain to her what happen... I Explain that I was

#8. Told to wait out side Housing unit untill B. Officer Call her... I had been Sitty in the floor waiting She then said Captain Washington then said No One called me...

#9. The Escorting Officer walk me Over To Clinic where I wait in Bull penn.../ I don't Recall Seeing A Doctor for it was around 7-8 O'clock... On April 8-9, 2011

#10. I place in Bull penn in Receiving Room Over Night No Bead No pillow No food Beed Cover, Untill the Next day I was finely taken to C-73 GMDC 75-15 Hazen St. East Elm Hurst Queens N.Y. #1320.

11. where I Saw a doctor, first I was Taken to 7-C-71- mental Observation Trailer Saw a docto kay a Doctor For mental Health I explain to him the Bad Treatment I Received a C-74-

4.

#12 I also Explaine To doctor Kay Mental Health Doctor from New Jersey I Explaine what was happing to me up State at Clinton C.F.

#13 Where I was Being Treat Badly... he put Everything I said in the Computer and Assign me to C-73 Mental Health Unit for Adults...

#14 I met Psycologest ms Hunst cell House 7 main Information and Belive or 8 main. C-73 C.M.D.C I Explain to her the Fear and the Abuse I was Experience at C-74 - and ... that I was Affraid To Go Back there ... I Staye On

#15 the Island for about 3 weeks in the Mental Health Housing from the Dorme House to cell House where I met Psycologest ms. Hunst I Explain the Hardship I been having and Harastment Discrimination and

#16 Retaliation by the Clinton officals And that I was Afraid to go Back my life was threaten upon leaving down state I was there for a while I Refused to get on that Bus to Clinton, I was place at Mental Health ... Mental Health dischard me Some time latter I was forced to Get on the Bus to upstate Clinton

5.

#17. While down State Mental Health I explain to Psycoloest MS Geen The mental Torter and Harassment Physical threats on my Life..

#18. I fear going to Clinton a misbehavior Report Issue Upon going back to Clinton I was attacked on May 15-16-2011... and again on Nov 5/011 and Nov 7/011 By officials

#19. I was then Sent to mid state medium I fear bein in downsoow, I told my threarpist Befor leavin could I be sent to a cell house, But that Never happen...

#20 Befor leavin C-73 GMDC Where I forced to get on Bus I also asks to see mental Health were I awaited to see them But I tried to swallow clorox the C-73 Clinic Seragent was called

#21. He Told his Escurty officer to put these plastic cuffs on I was throw up against a wall penned plastic cuff Applied tight. I screamed in pain But I was Take to Receiving Room where they was cuff off cutting my wrist

6.

#22. The Sgt A Bald head Tall Spanish Sgt. Escorted me with those tight cuffs on... cutting my Blood Circulation off.

#23 The Escorting officer a Black Heavy set Officer Young cutt the cuffs - it cutting my wrist...... I was then Told to Stay untill the Mental Health Psycologist Comes...

#24 I then Spoke to Miss Hurnst she left me there and the Escorty officer told her somthing in her Ear, I never seen her again! the down state Transportation officer came, I was Literally froze on the down state Bus, I was Double Restrain, could not walk I was Doubled Restrain By Transportaming officers...

#25 C.O. Soto
I was comy up to Bus I couldn't Sit up cuffed in Back leggs cuffs with plastic Restaints and Iron cuffs and my wrist cuffed behind... I hurt all way down State Legg swollen hand swollen...

#26 Downstate!!!
Again I told Skycolost Ms Brown about my hard ship.... she still put me on that upstate Bus... Mental Health would not help me Protect me from these Bad officials In Clinton ...

\#27 I was As I explain Beat up By the Clinton officer in the D.O.B.S cell this was before the installed cameras....

\#28 I pray that Relife be awarded for the pain and suffer I've gone through my 8th amendment Rights violated "Mental Injury" has caused me to Be on unpredictable, long term meds still on them... Due process 14th Amendment to Mental Health Care was violated...

\#29 The K-74 officer violated my 8th Amendment rights to be free from cryle and Unuseal punishment when he Stepped on the Back of my leg, Squeezed my fingers while Enterlocked

\#30 I Now Sue the City for the Untrain Officers that Hurt me... the State State Untrain Transportation Officials; the City Sycologest... whom ingnord the Abuse and mental Injury; I was suffery Downstate

8.

#31. I came in Down State straped and chain down like Animal

The Video will show this as I came out Bus tip Toes... Walk in on my Tip Toes... chaine down. full Restrints Cuffed in Back there

#32. Was No Reason for this I did not fight them Nor struggle with the transportation officer...

The Inmates on that Bus Witness this "Soto" was the Name of the Transportation passenger Officer whom Violated my right 8th Amendment Rights to crul and unual pusment U.S cnst, due process Right 14then Amendment...

#33. John doe other officer Riding shot gun Violated my Right to be free from usual punishment...

#34. The John doe Sergent Violated my Rights when he order escorting officer to Put plastic cuffies on to tight and I was Injured dum the Removed By escorting officer to C-73 GMDC Receiving Room...

\# 35 I Arrived down state mentally disturbed I was placed in M.H.U OBS cell
Untill I was ship out Back to Clinton
The Psycologest, Ms Green down state Refused to Send me to N.Y.C.P.C. Dr Bacall wanted To But, Psycologest Green was working with the Corrupt Administration

\# 36 She tried to get me to sgin off on the law suit I had with Greatmeadow...

\# 37 Again she Refused to give me the proper treatment...

\# 38 Captine Washington Fail to act as she passed the When I first saw make Rounds a 2-south on west I Informed her I want to see Some one at mental Health I was Ignored... Violating 14th Amendment due process... Mental Health protocall

\# 39 John doe Violating my 8th Amendment Rights to be Free from crule and unusual Pushiment... when he stopped the Back of my legg Injury both capes Again when he squesd my finger causing

40. Casing pain Bursing As he walk Mr. Galbeth Toward the door. The A. officer Jane doe watched the B. officer assault mr. Galbeth. Both violated mr. Galbeth rights to be free from Cule and Unsual pushment 8th Amendment.

41. The B- officer stopped on the Back of mr Galbeth Leggs Cousing Great pain and Suffer Bursing and Swelling accued some time after the assault. The transpotaion officer Soto the passinger allowed the Duble Restraints Both plastic and chain Restraints to go on mr. Galbeth

42. Wrist and Ankles... Caus pain Busing Swelling... Violating mr. Galbeth Right to be free from curle and unusal punishment...

43. Mr Galbeth was double cuffe in Back And Duble cuffed it Road all the way down State like an Annemal - the downstate video should show mr Galbeth walke on up Toes in to the Reciving Room...
On May 26-27 April 26-27, 2011 Violating Mr. Galbeth Rights to be free from unsual pushiment 8th Amendment law &4th Amenment law

44. Psycologest Hurnst was well aware of Mr. Galbeth fear of going Back upstate to an Abusive and Assaltive Enviorment... She Saw Mr. Galbeth Right be for the Transportation Officers Came. He ask Her could he be placed in Bellvuey Hospital Unstable mind Emotional mind beartfull mind Ms Hurnst Seen this Typ of Confused Abuse Emotional Paitent Befor.

But She Ignored Mr. Galbeth when One of the Escort officer Spoke to her...

#45. Violation tho due process Rights 14th Amendment 8th Amendment Rights to be free from Curle and

#46. Unsucl Pushment... Mr. Galbeth als Sue the City of New York for alowing to Take Clinical mental Heclth Works woke in mental Heath

#47. The officii the Bull Head Sergent and Escort officer violated Mr. Galbeth Rights 8th Amendment Right, 14th Amendment Right First to be free from Curle and unsucl pushment

# Claims For Relief

**#1** The failure of the Sergent John Doe Bellhead Sgt work in clinic Area to act on his knowledge of Substantial Risk of harm... And in Allowing mr Calketh to be harm... at C73 C.M.D.C Deliberate Indifference To mr Calketh's saff violating

**#2** 8th Amedment Rights To be free from Deliberate Indifference The Psycologest ms Hunts fail To protect mr Calketh mental state of mind and Emotional Injury Deliberate Indifference to be free from cruel and unsual pushment 8th Amenment

**#3** The city violated the Rights of mr Calketh By hiring untain workes, or failure to Train. Sub Eployees violating 8th Amedment Rights To be free from cruel and unuseul Punishment

# Relief Requested

4. WHEREFORE Plaintiff Request that this court Grant the following Relief Award compensatory damges for Plaitiff Plaintiffs physical and Emotional Injuries and putive dmases against Each defendant

And Grant othe Relief as it may Appear

5. The city is Now A defendant in This case Relief is Sought for failur To Train Supervise Its workes... 8th Amendment Right to Be free from deliberate Indifference a Crule and unuosal punishmen

6. To his Safty... Each defendant Is so charged with deliberate Indifference 8th Amedment to Be free from crule and unusul pushment. Gregory Dalbut